IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRACY MILLER,

      Plaintiff

VS.

TYDUS MEADOWS, *et al.*,

      Defendants

NO. 5: 05-CV-29 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## ORDER OF RECUSAL

Over a period of several years, the undersigned has handled many cases in this court filed by plaintiff TRACY MILLER and has now come to believe that it may be impossible for the undersigned to fairly and impartially consider allegations presented by Mr. Miller. Therefore, in order to insure that the issues herein are properly considered without bias, the undersigned hereby recuses himself from this proceeding and directs the Clerk of Court to reassign the referral of this case to the Honorable Richard L. Hodge, United States Magistrate Judge.

SO ORDERED AND DIRECTED, this 17th day of AUGUST, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE