IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRACY A. MILLER,

    Plaintiff,

VS.

Warden TYDUS MEADOWS,

    Defendant.

CIVIL ACTION FILE
NO. 5:05-CV-29 (CAR)

**O R D E R**

By order entered on August 11, 2005, the United States District Judge to whom this matter has been assigned found that plaintiff had made sufficient allegations of his being in imminent danger of serious physical injury due to an alleged denial of medical treatment such that he came within the exception to the "three strikes" provision of the Prison Litigation Reform Act.[1] The court ruled that plaintiff could proceed *in forma pauperis* only on his "allegations involving a denial of physical therapy and necessary medical devices and/or treatments." (Order of August 11, 2005, p. 11).

Plaintiff filed this complaint while he was incarcerated at Mens State Prison in Hardwick, Georgia. To date only Warden Tydus Meadows has been ordered served with the complaint. Plaintiff's complaint and amendment thereto contain claims that the court did not allow to proceed. Multiple defendants are named and at this point the court is unable to determine which defendants plaintiff maintains to be involved in his surviving claims as set out above and which

---

[1] This is at least plaintiff's twenty-fourth § 1983 action and he is subject to the "three strikes" provision of the Prison Litigation Reform Act.

were effectively dismissed by the Court's earlier order.  Accordingly, plaintiff is directed to file <u>within fifteen days of his receipt of this order</u> an amendment which clearly identifies other individual defendants who were employed at Mens State Prison prior to the filing of the complaint and who plaintiff maintains denied him needed medical care which placed him in imminent danger of serious physical injury. This action will be allowed to proceed <u>only</u> against defendants employed at Mens State Prison who allegedly denied plaintiff needed medical treatment devices and physical therapy.   Should the plaintiff fail to file this amendment this matter will proceed against Warden Tydus Meadows only.

     The Clerk of Court is hereby directed to serve this order on the plaintiff at his current address which, according to the Georgia Department of Corrections web cite, is now Georgia State Prison in Reidsville, Georgia..

     SO ORDERED, this 21st  day of December 2005.

     /s/ Richard L. Hodge
     RICHARD L. HODGE
     UNITED STATES MAGISTRATE JUDGE