THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRACY A. MILLER, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | No. 5:05-CV-29 (CAR) |
| : | |
| TYDUS MEADOWS, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

### *ORDER ON THE REPORT AND RECOMMENDATION*
### *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 62] that the Court deny the following motions filed by Plaintiff: (1) Plaintiff's Emergency Motion for Preliminary Injunction and Protective Order [Doc 31]; (2) Motion for Emergency Preliminary Injunction and Protective Order filed August 15, 2005 [Doc 34]; (3) Motion for Emergency Preliminary Injunction and Protective Order filed August 17, 2005 [Doc 36]; and (4) Plaintiff's Emergency Motion for Assistance [Doc 38]. No objection has been filed. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and made the Order of the Court.

**SO ORDERED**, this 27th day of March, 2006.

                                                  S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

SSH